Ray R. Marcum and Paul Dallas Miller, Plaintiffs-Appellants, v. Robert G. Daugherty, Defendant-Appellee.
Robert G. Daugherty, Counter-Claimant-Appellee, v. Ray R. Marcum and Paul Dallas Miller, Counter-Defendants-Appellants.

Gen. No. 11,584.

Second District, Second Division.

April 24, 1962.

Thomas, Davis & Kostantacos, of Rockford, and Harold D. Martin, of Loves Park, for appellant; Maynard & Maynard, Foltz, Haye & Keegan, all of Rockford, for appellee. Opinion by JUDGE CROW. Not to be published in full.